In the MATTER OF the PETITION OF Gregory K. TRENTON, III for a Writ of Mandamus.[1]

No. 382, 2016

Supreme Court of Delaware.

Submitted: September 7, 2016

Decided: September 12, 2016

DISMISSED.

AIRBASE CARPET MART, INC., Plaintiff Below, Appellant,

v.

AYA ASSOCIATES, INC., Defendant Below, Appellee.

No. 27, 2016

Supreme Court of Delaware.

Submitted: September 14, 2016

Decided: September 16, 2016

Reargument Denied October 4, 2016

Court Below: Superior Court of the State of Delaware, C.A. No. N15C-03-104

AFFIRMED.

Thomas N. VAN VLIET, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 662, 2015

Supreme Court of Delaware.

Submitted: August 24, 2016

Decided: September 16, 2016

Court Below: Superior Court of the State of Delaware, Cr. I.D. No. 1406008729

AFFIRMED.

Karl OWENS, Appellant Below-Appellant,

v.

AUTO REPAIR SPECIALISTS, Appellee Below-Appellee.

No. 49, 2016

Supreme Court of Delaware.

Submitted: July 22, 2016

Decided: September 19, 2016

Court Below: Superior Court of the State of Delaware, C.A. No. N14A-09-005

AFFIRMED.

---

1. The Court previously assigned a pseudonym to the petitioner under Supreme Court Rule 7(d).